# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER REVOKING PRETRIAL** |
| Plaintiff, | ) | **RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Meshach Roland Bird Popoalii, | ) | Case No. 1:25-cr-00246 |
| | ) | |
| Defendant. | ) | |

On August 5, 2026, defendant appeared before the court on a Petition for Revocation of Pretrial Release and on a Superseding Indictment. During the hearing, defendant waived his right to a detention hearing. The court accepted Defendant's waiver finding it was made knowingly, voluntarily, intelligently, and upon advice of counsel.

Based on Defendant's waiver and for the reasons articulated during the hearing, the court **REVOKES** defendant's pretrial release. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 5th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court